UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF ALABAMA<br>ex rel. STEVE MARSHALL,<br>ATTORNEY GENERAL and the<br>ALABAMA DEPARTMENT OF<br>ENVIRONMENTAL MANAGEMENT<br>1400 Coliseum Boulevard<br>Montgomery, Alabama 36110,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION<br>AGENCY, and<br>MICHAEL REGAN, in his official capacity<br>as Administrator, U.S. Environmental<br>Protection Agency<br>1200 Pennsylvania Avenue, NW<br>Washington, DC 20460,<br><br>Defendants. | Civ. No. _____ |

**COMPLAINT FOR DECLATORY AND OTHER RELIEF**

**INTRODUCTION**

1. The Solid Waste Disposal Act requires the EPA Administrator to approve a state's permit program for coal combustion residuals (CCR) within 180 days of submission, if the EPA Administrator determines the state's program requires compliance with federal rules. 42 U.S.C. §6945(d). The Alabama Department of Environmental Management submitted its proposed CCR program for approval in December 2021, but the Administrator has yet to make a formal determination on Alabama's CCR program. So, under 42 U.S.C. §6972(a)(2),

1